NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL J. WILLETT,                    )
                                       )
          Appellant,                   )
                                       )
v.                                     )        Case No. 2D17-4592
                                       )
DAWN D. WILLETT,                       )
                                       )
          Appellee.                    )
                                       )
_____)

Opinion filed December 7, 2018.

Appeal from the Circuit Court for
Lee County; G. Keith Cary, Judge.

Robert E. Greenberg of Greenstein,
DeLorme & Luchs, P.A., Washington,
District of Columbia, and Douglas E.
Spiegel, of Douglas E. Spiegel, P.A.,
Fort Myers, for Appellant.

Stacy L. Sherman of Stacy L. Sherman,
P.A., Cape Coral, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.